*1301 Avenue of the Americas*
*21st Floor*
*New York, New York 10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*

**Smith Gambrell Russell**

*John G. McCarthy*
*Direct Tel: 212-907-9703*
*Direct Fax: 212-907-9803*
*jmccarthy@sgrlaw.com*

June 9, 2023

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 21.

SO ORDERED.

*[signature]*

June 12, 2023

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

    Re:    *General Assembly Space, Inc. v. Social Finance Career Impact Bond General Assembly LLC et ano.,* 23 Civ. 3423 (JMF)

Dear Judge Furman:

    We are the attorneys for Plaintiff General Assembly Space, Inc. in the above-entitled action. In accordance with Paragraph 2E of the Court's Individual Rules and Practices in Civil Cases, we write to respectfully request a one-week extension of time with respect to the schedule set forth in the Court's May 25, 2023 order. ECF Dkt. 20. Plaintiff is due to file its amended complaint or to oppose the motion to dismiss by Tuesday, June 13, 2023. To date, the press of other matters has prevented us from dedicating sufficient attention to the issue of whether to amend the complaint or oppose the motion to dismiss as is. Defendants consent to Plaintiff's request for an extension of time. There have been no previous requests for adjournment or extension by Plaintiff. There is currently no scheduled appearance before the Court as the initial preliminary conference previously scheduled for June 13, 2023 was adjourned by the Court *sine die*. *See* ECF Dkt. 20. The other deadlines in the May 25 order will be impacted.

                                            Respectfully submitted,

                                            John G. McCarthy

cc:    Counsel of Record (via ECF)