UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
GENERAL ASSEMBLY SPACE, INC.,                           :
:
                    Plaintiffs,              :        23-CV-3423 (JMF)
:
       -v-                                               :              ORDER
:
SOCIAL FINANCE CAREER IMPACT BOND      :
GENERAL ASSEMBLY LLC, et al.,                     :
:
                    Defendants.              :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* Docket No. 24, Defendants' earlier motion to dismiss filed at Docket No. 17 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **July 25, 2023**. Defendants' reply, if any, is due by **August 1, 2023**.

      The Clerk of Court is directed to terminate Docket No. 17.

      SO ORDERED.

Dated: July 12, 2023
       New York, New York                              _____
                                                             JESSE M. FURMAN
                                                      United States District Judge