**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
GENERAL ASSEMBLY SPACE, INC.,

                              Plaintiff,

      -against-                                                    23 **CIVIL** 3423 (JMF)

                                                                             **<u>JUDGMENT</u>**

SOCIAL FINANCE CAREER IMPACT BOND
GENERAL ASSEMBLY LLC et al.,

                              Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 8, 2024, Defendants' motion to dismiss is GRANTED, and General Assembly's claims are dismissed. Additionally, the Court declines to sua sponte grant General Assembly leave to amend. Judgment is hereby entered in Defendants' favor; accordingly, the case is closed.

**Dated:** New York, New York
            March 11, 2024

                                                                         **RUBY J. KRAJICK**
                                                                        **Clerk of Court**

                                       **BY:**
                                                                       **Deputy Clerk**